# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. James B. Clark, III |
| v. | : Magistrate No. 19-3363 (JBC) |
| JETMIR MEMIJA, a/k/a "Shefki Hoti" | : **CRIMINAL COMPLAINT** |

I, Andrew Gelbach, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Special Agent with the United States Department of State, Diplomatic Security Service, and that this complaint is based on the following facts:

SEE ATTACHMENT B

Andrew Gelbach
Special Agent
U.S. Department of State
Diplomatic Security Service

Sworn to before me and subscribed in my presence,
August 21, 2019 Newark, New Jersey

HONORABLE JAMES B. CLARK, III
UNITED STATES MAGISTRATE JUDGE    Signature of Judicial Officer

## ATTACHMENT A

## Forgery or False Use of a Passport

On or about July 2011 through on or about September 2011, in Bergen County, in the District of New Jersey, and elsewhere, the defendant,

JETMIR MEMIJA,
a/k/a "Shefki Hoti,"

falsely made, forged, and caused to be falsely made, forged or counterfeited, a passport issued under the authority of the United States with the intent that said passport may be used.

In violation of Title 18, United States Code, Sections 1543 and 2.

## **ATTACHMENT B**

I, Andrew Gelbach, am a Special Agent with the United States Department of State, Diplomatic Security Service. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. The defendant, JETMIR MEMIJA, a/k/a "Shefki Hoti," is a citizen of the Republic of Albania, and he is neither is a citizen nor a national of the United States.

2. At some point, the Defendant entered the United States at an unknown location.

3. On or about July 27, 2011, the Defendant applied for a United States Passport using a photograph of himself, but in combination with the pedigree information (e.g. the date of birth and social security number) of a relative, I.M.

4. On or about August 3, 2011, a United States Passport Book ending in 0005 was issued to the Defendant by the United States Department of State. The United States Passport Book ending in 0005 contained the photograph of the Defendant but the pedigree information of I.M.

5. On or about September 6, 2011, the Defendant used the falsely made United States Passport Book ending in 0005 to gain entry into the Republic of Albania.